No. 841. CABANERO ET AL. *v.* TORRES, SECRETARY OF LABOR, ET AL. April 27, 1936. Petition for writ of certiorari to the Supreme Court of the Commonwealth of

the Philippines, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Guillermo B. Guevara* for petitioners. *Messrs. W. H. Lawrence* and *L. S. Tillotson* for respondents.